# USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number:** 70201290000178754140

Remove ✕

Your item was delivered at 10:35 am on September 22, 2020 in BROOKFIELD, CT 06804.

## ✓ Delivered

September 22, 2020 at 10:35 am
Delivered
BROOKFIELD, CT 06804

Get Updates ∨

---

Text & Email Updates ∨

---

Tracking History ∨

---

Product Information ∨

---

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.